UNITED STATES of America, Appellee,

v.

David W. SMITH, Appellant.

Nos. 92–3220, 95–3100.

United States Court of Appeals, District of Columbia Circuit.

July 5, 1996.

Before: EDWARDS, Chief Judge, WALD, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS, and TATEL, Circuit Judges.

*O R D E R*

PER CURIAM.

Appellee's Suggestion for Rehearing *In Banc* and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular active service did not vote in favor of the suggestion. Upon consideration of the foregoing, it is

**ORDERED** that the suggestion be denied.